# In the United States Court of Federal Claims

No. 09-625C

Filed: October 20, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
|  | * |
| KEVCON, INC., | * |
|  | * |
| Plaintiff, | * |
|  | * |
| v. | * |
|  | * |
| THE UNITED STATES, | * |
|  | * |
| Defendant. | * |
|  | * |
|  | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Pursuant to Rule of the Court of Federal Claims 40.1(a), the Clerk of the United States Court of Federal Claims will reassign *Kevcon, Inc.* v. *United States*, No. 09-625 to another judge on the United States Court of Federal Claims.  The Clerk is also directed to vacate all previously entered orders in this case.

**IT IS SO ORDERED.**

s/ Susan G. Braden

**SUSAN G. BRADEN**

**Judge**